IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL WALSH, JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:11-cv-415 |
| v. | § | |
| | § | |
| CAROLYN W. COLVIN, Commissioner of | § | |
| Social Security Administration, | § | |
| | § | |
| *Defendant*. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE**

Plaintiff Michael Walsh, Jr. filed suit under 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of the Social Security Administration's denial of Disability Insurance Benefits and Supplemental Security Income. The case was referred to United States Magistrate Judge Keith F. Giblin pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule CV-72 for consideration and submission of a report containing proposed findings of fact and recommendations for disposition.

On June 10, 2013, the magistrate judge entered a report and recommendation recommending that the Commissioner's decision be affirmed, and this case be dismissed, because Plaintiff failed to demonstrate that the Commissioner did not apply proper principles of law or that the Commissioner's determination lacked the support of substantial evidence. Doc. # 24. No objections were filed to this Report and Recommendation.

Therefore, the objections period having run and no party having filed objections, the court ADOPTS the magistrate judge's Report and Recommendation and the Commissioner's decision is AFFIRMED. Final Judgment will be entered by separate order.

**SIGNED** this the 2 day of **July, 2013.**

_____
Thad Heartfield
United States District Judge